# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RION T. MACCONNELL,                    :

    Plaintiff,                    :        Case No. 3:13cv00034

vs.                                    :        District Judge Timothy S. Black
                                                Chief Magistrate Judge Sharon L. Ovington
SHERIFF PHIL PLUMMER, *et al*.,        :

    Defendants.                   :

---

## DECISION AND ENTRY

---

    This matter is before the Court upon Plaintiff's Proposed Amended Complaint (Doc. #9), his Notice of Substitution for John Does to the Court and All Parties (Doc. #13), and the record as a whole.

    Service of summons and Plaintiff's Complaint has not yet occurred on the named Defendants.  Plaintiff may therefore amend his Complaint "once as a matter of course ...." Fed. R. Civ. P. 15(a)(1).  His Proposed Amended Complaint is therefore accepted as filed and is considered his First Amended Complaint.  (Doc. #9).

    Plaintiff's Notice of Substitution seeks to substitute Montgomery County, Ohio in place of a John Doe Defendant.  "Substituting a named defendant for a 'John Doe' defendant is considered a change in parties, not a mere substitution of parties."  *Cox v. Treadway*, 75 F.3d 230, 240 (6th Cir. 1996).  Plaintiff must therefore file a Motion to Amend his Complaint under Fed. R. Civ. P. 15, *see Cox*, 75 F.3d at 240, along with a copy of his

Proposed <u>Second</u> Amended Complaint.  Without such a Motion and a Proposed Second

Amended Complaint, Plaintiff's Notice of Substitution (Doc. #13) fails to accomplish the

substitution he seeks.

## IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's Proposed Amended Complaint (Doc. #9) is accepted as filed and
    constitutes his First Amended Complaint;

2.  **<u>On or before May 6, 2013</u>**, Plaintiff may file – if he so desires – a Motion to
    Amend his Complaint along with a Proposed <u>Second</u> Amended Complaint;

3.  The Clerk of Court shall provide Plaintiff with the forms necessary to effect
    service of summons and service of Plaintiff's First Amended Complaint (Doc.
    #9).  **In order to accomplish service, Plaintiff must complete and return
    the forms to the Clerk's Office**; and

4.  Because Plaintiff is proceeding *in forma pauperis*, the United States Marshal is
    directed to serve summons and a copy of the First Amended Complaint (Doc.
    #9), and a copy of this Order upon the named Defendants based upon the
    information Plaintiff provides in the forms he completes.  All costs of service
    shall be advanced by the United States.

April 11, 2013

       <u>  s/Sharon L. Ovington   </u>
         Sharon L. Ovington
       Chief United States Magistrate Judge