# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RION T. MACCONNELL, | : | |
| Plaintiff, | : | Case No. 3:13cv00034 |
| vs. | : | District Judge Timothy S. Black |
| | | Chief Magistrate Judge Sharon L. Ovington |
| SHERIFF PHIL PLUMMER, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

     You are hereby notified that Defendant Montgomery County Sheriff Phil Plummer filed a Motion to Dismiss on May 17, 2013. You should receive a copy of the Motion directly from the Defendant.

     Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (May 17, 2013) within which to file a response to the Motion, plus an extra three days if the Motion was served on you by mail. Your response must be filed with the Court not later than **June 10, 2013**. If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

May 17, 2013

                                                        s/Sharon L. Ovington
                                                        Sharon L. Ovington
                                                Chief United States Magistrate Judge