# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**RION T. MCCONNELL,**  Case No. 3:13-cv-034

 Plaintiff,  **Judge Timothy S. Black**
 **Magistrate Judge Sharon L. Ovington**

**-vs-**

**NAPHCARE, INC.,** *et al.***,**

 Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 46, 47, 48) of the United States Magistrate Judge are **ADOPTED IN THEIR ENTIRETY**; that the Defendants' Motions to Dismiss (Doc. 24, 26, 27) are **GRANTED**; that Plaintiff's Motion to Amend (Doc. 19) is **DENIED**; that the Plaintiff's Objections (Doc 49) are **OVERRULED**; and the case is **CLOSED** on the Court's docket.

Date: November 27, 2013  **JOHN P. HEHMAN, CLERK**

 By: *s/ M. Rogers*
 Deputy Clerk